IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-31128 |
| DAVID LEE MASTERSON | ) | S.S.# xxx-xx-6270 |
| CARA CHRISTINE MASTERSON | ) | S.S.# xxx-xx-3750 |
| Debtors. | ) | Chapter 7 Bankruptcy |

NOTICE TO HICKSGAS KNOX
THAT $2.69 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Hicksgas Know, creditor herein, and deposits $2.69 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for Hicksgas Knox was:

   PO Box 111
   Knox, IN 46534-0111

2. That the distribution amount payable to Hicksgas Knox was $2.69.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  October 24, 2011                /s/ Rebecca H. Fischer
                                        Rebecca Hoyt Fischer
                                        Bar No. 10537-72
                                        112 West Jefferson Blvd., Ste. 310
                                        South Bend, IN 46601
                                        Telephone:  (574) 284-2354

1

2

## CERTIFICATE OF SERVICE

       I hereby certify that on October 24, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee | CHRISTOPHER D. SCHIMKE |
| USTPRegion10.SO.ECF@usdoj.gov | GLASER.BANKRUPTCY@frontier.com |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

DAVID LEE MASTERSON
CARA CHRISTINE MASTERSON
209 N. WALNUT STREET
PLYMOUTH, IN 46563

UNITED STATES BANKRUPTCY COURT
401 S. MICHIGAN STREET
SOUTH BEND, IN  46601

HICKSGAS KNOX
PO BOX 111
KNOX, IN 46534-0111

                                                           s/ Rebecca H. Fischer
                                                           Rebecca Hoyt Fischer