**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  10-31128** |
| **DAVID LEE MASTERSON** | ) | **S.S.# xxx-xx-6270** |
| **CARA CHRISTINE MASTERSON** | ) | **S.S.# xxx-xx-3750** |
| **Debtors.** | ) | **Chapter 7 Bankruptcy** |

**NOTICE TO ALLIED PHYSICIANS SURGERY CENTER
THAT $3.94 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Allied Physicians Surgery Center, creditor herein, and deposits $3.94 into the Court Clerk's Small Dividend funds Account.

1.  That the last known address for Allied Physicians Surgery Center was:

     53900 Carmichael Drive, Suite 100
     South Bend, IN 46635

2.  That the distribution amount payable to Allied Physicians Surgery Center was $3.94.

3.  Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  October 24, 2011

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer
Bar No. 10537-72
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone:  (574) 284-2354

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

U.S. Trustee                                    CHRISTOPHER D. SCHIMKE
USTPRegion10.SO.ECF@usdoj.gov        GLASER.BANKRUPTCY@frontier.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

DAVID LEE MASTERSON
CARA CHRISTINE MASTERSON
209 N. WALNUT STREET
PLYMOUTH, IN 46563

UNITED STATES BANKRUPTCY COURT
401 S. MICHIGAN STREET
SOUTH BEND, IN  46601

ALLIED PHYSICIANS SURGERY CENTER
53900 CARMICHAEL DR., SUITE 100
SOUTH BEND, IN 46635

s/ Rebecca H. Fischer
Rebecca Hoyt Fischer