IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-31128 |
| DAVID LEE MASTERSON | ) | S.S.# xxx-xx-6270 |
| CARA CHRISTINE MASTERSON | ) | S.S.# xxx-xx-3750 |
|     Debtors. | ) | Chapter 7 Bankruptcy |

NOTICE TO RJM ACQUISITIONS LLC
THAT $1.07 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to RJM Acquisitions, LLC, creditor herein, and deposits $1.07 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for RJM Acquisitions, LLC was:

    575 Underhill Blvd, Suite 224
    Syosset, NY 11791

2. That the distribution amount payable to RJM Acquisitions, LLC was $1.07.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  October 24, 2011        /s/ Rebecca H. Fischer
                                Rebecca Hoyt Fischer
                                Bar No. 10537-72
                                112 West Jefferson Blvd., Ste. 310
                                South Bend, IN 46601
                                Telephone:  (574) 284-2354

1

## CERTIFICATE OF SERVICE

       I hereby certify that on October 24, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

U.S. Trustee  
USTPRegion10.SO.ECF@usdoj.gov

CHRISTOPHER D. SCHIMKE  
GLASER.BANKRUPTCY@frontier.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

DAVID LEE MASTERSON  
CARA CHRISTINE MASTERSON  
209 N. WALNUT STREET  
PLYMOUTH, IN 46563

UNITED STATES BANKRUPTCY COURT  
401 S. MICHIGAN STREET  
SOUTH BEND, IN  46601

RJM ACQUISITIONS LLC  
575 UNDERHILL BLVD., SUITE 224  
SYOSSET, NY 11791

                                                  s/ Rebecca H. Fischer  
                                                  Rebecca Hoyt Fischer